**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 20-80938-CV-MIDDLEBROOKS

BRIAN GOODNER,

      Plaintiff,

v.

JAB KIDS, LLC, et al.,

      Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's prior Order on Motion for Default Final Judgment (DE 17) and Order on damages (DE 19). Consistent with those Orders, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** in favor of Plaintiff Brian Goodner and against Defendants Jab Kids, LLC, and Cheryl A. Barry for FLSA violations.

(2) Plaintiff is **AWARDED** damages against Defendants in the total amount of $3,752.91, which consists of:

    (a) $1,515.26 in damages for his unpaid minimum wages claims, representing $757.63 in unpaid minimum wages and $757.63 in liquidated damages; and

    (b) $2,237.65 in attorneys' fees and costs, representing $1,577.65 in attorneys' fees and $660.00 in costs.

(3) The Clerk of Court shall **CLOSE THIS CASE**.

(4) All pending motions are **DENIED AS MOOT**.


**SIGNED** in Chambers at West Palm Beach, Florida, this 8th day of December, 2020.

Donald M. Middlebrooks
United States District Judge


cc:     Counsel of Record